**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**


SHAWN PETHTEL,

      Petitioner,

v.                                     Civil Action No. 1:07cv74
                                          (Judge Keeley)

THOMAS MCBRIDE, Warden,

      Respondent.


**ORDER GRANTING EXTENSION OF TIME TO FILE REPLY**

      For good cause shown, the petitioner's Motion for an Enlargement of Time (dckt. 17) is

GRANTED. Petitioner shall have up to an including **November 21, 2007**, to file his reply to the

respondent's motion for summary judgment.

      IT IS SO ORDERED.

      The Clerk is directed to mail a copy of this Order to the *pro se* petitioner.

      DATED: October 11, 2007.


      /s *John S. Kaull*
      JOHN S. KAULL
      UNITED STATES MAGISTRATE JUDGE