**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

**SHAWN PETHTEL,**

       **Petitioner,**

**v.**                                       **Civil Action No.  1:07cv74**
                                               **(Judge Keeley)**

**THOMAS MCBRIDE, Warden,**

       **Respondent.**

## ORDER GRANTING EXTENSION OF TIME

For good cause shown, the petitioner's Second Motion for an Enlargement of Time in which to file a reply to the respondent's response to his § 2254 petition (dckt. 19) is **GRANTED**. The petitioner shall have until **December 21, 2007**, to file his reply.

IT IS SO ORDERED.

The Clerk is directed to send copies of this Order to the pro se petitioner and counsel of record.

DATED: November 29, 2007.

                                                          /s *John S. Kaull*
                                                          JOHN S. KAULL
                                                          UNITED STATES MAGISTRATE JUDGE